**SEALED**

**FILED**
FEB 2 2 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **23CR075 JFH** |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **INDICTMENT** |
| XAVIER MICHAEL BABUDAR, | [18 U.S.C. § 2113(a) – Bank Robbery; Forfeiture Allegation: 18 U.S.C. § 924, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 – Bank Robbery Forfeiture] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about December 16, 2022, in the Northern District of Oklahoma, the defendant, **XAVIER MICHAEL BABUDAR**, by force and violence, and by intimidation, took from the person and presence of another money belonging to and in the care, custody, control, management, and possession of TTCU Federal Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration.

All in violation of Title 18, United States Code, Sections 2113(a).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924, Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **XAVIER MICHAEL BABUDAR**, shall forfeit to the United States, any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation, any firearm and ammunition involved in or used in the knowing commission of such offense, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law.

All pursuant to Title 18, United States Code, Section 924, Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
ERIC O. JOHNSTON  
Assistant United States Attorney

/s/ Grand Jury Foreperson  
Grand Jury Foreperson