IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>XAVIER MICHEL BABUDAR,<br><br>        Defendants. | Case No. 23-CR-75-JFH |

### ORDER FOR UNSEALING

The United States moved for an order unsealing the above-styled case and the indictment which was filed on February 22, 2023.

Good cause having been shown, it is hereby ORDERED that the United States' motion is GRANTED. This case, and the Indictment, are therefore ORDERED unsealed.

Dated this 22nd day of August, 2023.

_____
JODI F. JAYNE
UNITED STATES MAGISTRATE JUDGE